**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GARY TIERNEY,

       Plaintiff,

v.                          Case No:   5:22-cv-133-GAP-PRL

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

       Defendant

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. 20), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 23, 2022.

                                             GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties